**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                   **4:17-CR-00111-11-JM**

**LEKEDRIC M. DAVIS**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 1187) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's range.[1]

Defendant's range was 60 months based on the statute and remains 60 months.[2]

IT IS SO ORDERED this 27th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

[2] Doc. No. 773 ("Pursuant to Section 2K2.4 of the United States Sentencing Guidelines, [Defendant's] advisory Guidelines range was five years, the minimum imprisonment term set forth in § 924(c)(1)(A)(i). See U.S.S.G. §2K2.4(b).").